**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* JEFFREY HARBIT and ALAN INGLETT, | ) ) ) ) ) ) | Civ. No. 3:19-cv-3403-JMC |
| Plaintiffs-Relators, | ) ) | **UNDER SEAL** |
| v. | ) ) ) | |
| CONSULTANTS IN GASTROENTEROLOGY, P.A., et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

Having received notice of the decision of the United States to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), it is hereby **ORDERED** that:

1. The seal imposed in this case shall be lifted as to all documents.

2. All matters occurring in this action after the date of this Order shall be filed on the public docket and shall not be filed under seal unless accompanied by an appropriate motion pursuant to Local Civil Rule 5.03.

3. Relators shall serve Defendants within 90 days of the date of this Order, as provided for in Fed. R. Civ. P. 4(m).

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

2

5.  The parties shall serve all notices of appeal upon the United States.

6.  All orders of this Court shall be sent to the United States.

7.  Should Relators or Defendants propose that this action be dismissed, settled, or

    otherwise discontinued, either Relators or Defendants will solicit the written consent of the

    United States before presenting the matter to this court for its ruling or granting its

    approval.

    **IT IS SO ORDERED**,


This 24th day of April, 2020                     s/J. Michelle Childs
                                                 J. Michelle Childs
                                                 United States District Court Judge