IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America,<br><br>                                Plaintiff,<br><br>Ex rel. Jeffrey Harbit and Alan Inglett<br><br>                           Plaintiff-Relators,<br>v.<br><br>Consultants in Gastroenterology, P.A.,<br>South Carolina Endoscopy Center, LLC,<br>South Carolina Endoscopy Center Northeast,<br>LLC, S. Gabe Saleeby, M.D., March E.<br>Seabrook, M.D., John W. Schaberg, M.D.,<br>Eugene W. Stuart, M.D., Rajeev Vasudeva,<br>M.D., James A. Richter, M.D., Matthew N.<br>Thomas, M.D., and Erick Singh, M.D.,<br><br>                           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   C/A NO.  3:19-03403-JMC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:


■ the Plaintiff-Relators's take nothing of the defendants as to the second and fourth claims alleging violations of 31 U.S.C. § 3729(a)(1)(C) and (G) and these claims are dismissed with prejudice.

This action was *(check one)*:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having granted in part the defendants' motion to dismiss.


Date:   December 22, 2021                                        *CLERK OF COURT*

                                                                             s/Angie Snipes

                                                               _____
                                                               *Signature of Clerk or Deputy Clerk*